■ MANHATTAN SAVINGS BANK, Respondent, v THE PEOPLE OF THE STATE OF NEW YORK, Acting by and through the Commissioner of General Services, Appellant. (Claims Nos. 73336 and 75399.)—Order, Court of Claims (Adolph Orlando, J.), entered on October 13, 1988, and a judgment of said court entered thereon on October 31, 1988, unanimously affirmed, for the reasons stated by Adolph Orlando, J., without costs and without disbursements. The oral application made by appellant to serve a reply brief is granted. Concur—Kupferman, J. P., Ross, Kassal, Ellerin and Rubin, JJ.

■ MARINE MIDLAND BANK v CES/COMPU-TECH.—Motion for clarification granted to the extent of deleting the date of "February 23, 1988" appearing on the 4th and 8th lines of the decretal paragraph of this court's order entered on February 16, 1989 (147 AD2d 396) and in the 6th line of the recital paragraph of the memorandum accompanying said order and substituting therefor the date of "November 1, 1987". Concur —Sullivan, J. P., Asch, Milonas, Rosenberger and Smith, JJ.